## JESSIE WRIGHTSMAN HOVERSTOCK v. JOHN C. ROGERS et al., Appellants.

**Division Two, February 6, 1912.**

The facts in this case are the same as those in the case of Wrightsman v. Rogers, *ante*, p. 417, and this case is decided upon the authority of that.

Appeal from Christian Circuit Court.—*Hon. Argus Cox*, Judge.

REVERSED AND REMANDED (*with directions*).

*G. A. Watson* for appellants.

*Addison Brown* for respondent.

ROY, C.—The facts in this case are in all respects the same as in the case of Ora Wrightsman v. John C. Rogers, the same defendant (ante, p. 417).

Our opinion in this case is the same as in that.

The judgment is reversed and the cause remanded with directions to proceed with the cause in accord-

ance with the opinion in that case. *Bond, C.* (sitting in Division Two when this case was argued), concurs.

PER CURIAM.—The foregoing opinion of Roy, C., is adopted as the opinion of the court. All the judges concur.